IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NUWAVE, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **DE'LONGHI S.p.A.**, <br><br> Defendant. | Civil Action No. 1:17-cv-08638 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Sidney I. Schenkier |

**ORDER REGARDING STIPULATION FOR ENTRY OF DISMISSAL**

Upon the parties' stipulation:

**IT IS HEREBY ORDERED** that:

1. The Court has jurisdiction over the parties and the subject matter of the dispute and the Confidential Settlement Agreement;

2. This matter is hereby dismissed with prejudice and this Court shall retain jurisdiction to consider and determine any breach of the Confidential Settlement Agreement entered into between the parties hereto, provided, however, that the parties' right to petition the Court for such reinstatement shall expire on August 31, 2018, and the parties agree that any matter arising out of or relating to that Confidential Settlement Agreement shall be litigated in this Court; and

3. The parties shall each bear their own costs and fees.

Dated: August 1, 2018

_____
JUDGE VIRGINIA M. KENDALL
United States District Judge
U.S. District Court, Northern District of Illinois